UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KEVIN VAN HORN | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | ) Case No.: 4:23-CV-00177-TWP-KMB |
| v. | ) |
| | ) |
| SAZERAC COMPANY, INC., | ) |
| SAZERAC OF INDIANA, LLC, and | ) |
| SAZERAC NORTHWEST ORDINANCE | ) |
|    DISTILLING | ) |
| | ) |
|    Defendants. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on the Parties' Joint Stipulation of Dismissal, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

Date: 6/5/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.